Peter S. Partee
Scott H. Bernstein
Robert A. Rich
HUNTON & WILLIAMS LLP
200 Park Avenue, 53rd Floor
New York, New York 10166-0136
(212) 309-1000

-and-

Michael G. Wilson (admitted *pro hac vice*)
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
(804) 788-8200

*Attorneys for Debtors and Debtors-in-Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| U.S. ENERGY SYSTEMS, INC., *et al.*,[1] | Case No. 08-10054 (RDD) |
| Debtors. | (Jointly Administered) |

**NOTICE OF CANCELLATION OF HEARING ON MOTION OF U.S. ENERGY SYSTEMS, INC. FOR ENTRY OF AN ORDER APPROVING (I) THE FORM AND MANNER OF NOTICE OF DISCLOSURE STATEMENT HEARING, (II) THE DISCLOSURE STATEMENT, (III) THE VOTING RECORD DATE, THE VOTING DEADLINE, PROCEDURES FOR TEMPORARY ALLOWANCE OF CLAIMS FOR VOTING PURPOSES ONLY AND CERTAIN OTHER PROCEDURES, (IV) THE FORM AND MANNER OF NOTICE OF THE CONFIRMATION HEARING AND PROCEDURES FOR FILING OBJECTIONS TO THE PLAN, AND (V) SOLICITATION PROCEDURES FOR CONFIRMATION OF THE PLAN**

**PLEASE TAKE NOTICE** that the hearing scheduled for August 13, 2010 at 10:00 a.m. (prevailing Eastern Time) to consider entry of an order approving the *Motion of U.S. Energy*

---

[1] The other Debtors are the following: U.S. Energy Overseas Investments, LLC, U.S. Energy Biogas Corp., Biogas Financial Corp., Power Generation (Suffolk), Inc., Resources Generating Systems, Inc., Suffolk Biogas, Inc., USEB Assignee, LLC, ZFC Energy, Inc., ZMG Inc., and Oceanside Energy, Inc.

*Systems, Inc. for Entry of an Order Approving (I) the Form and Manner of Notice of Disclosure Statement Hearing, (II) the Disclosure Statement, (III) the Voting Record Date, the Voting Deadline, Procedures for Temporary Allowance of Claims for Voting Purposes Only and Certain Other Procedures, (IV) the Form and Manner of Notice of the Confirmation Hearing and Procedures for Filing Objections to the Plan, and (V) Solicitation Procedures for Confirmation of the Plan* [Docket No. 856] has been cancelled.

Dated: New York, New York
      August 10, 2010      HUNTON & WILLIAMS LLP

      */s/ Scott H. Bernstein*
      Peter S. Partee
      Scott H. Bernstein
      Robert A. Rich
      200 Park Avenue, 53rd Floor
      New York, New York 10166-0136
      (212) 309-1000

      -and-

      Michael G. Wilson
      Riverfront Plaza, East Tower
      951 East Byrd Street
      Richmond, Virginia 23219-4074
      (804) 788-8200

      *Attorneys for Debtors*
       *and Debtors-in-Possession*