Peter S. Partee, Sr.
Scott H. Bernstein
Robert A. Rich
HUNTON & WILLIAMS LLP
200 Park Avenue, 53rd Floor
New York, New York 10166-0136
(212) 309-1000

*Attorneys for Debtors and Debtors-in-Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| U.S. ENERGY SYSTEMS, INC., *et al.*, | Case No. 08-10054 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF PROPOSED AGENDA OF MATTER
SCHEDULED FOR HEARING ON OCTOBER 5, 2010 AT 10:00 A.M.**

Location of Hearing: **United States Bankruptcy Court
for the Southern District of New York, Room 118
300 Quarropas Street
White Plains, New York 10601-4140**

Set forth below is a proposed agenda for the Hearing scheduled for October 5, 2010 beginning at 10:00 a.m. (the "Agenda"). The information contained in the Agenda reflects documents received in our offices as of the date hereof.

**I. UNCONTESTED MATTER**

1. Hearing on Confirmation of First Amended Chapter 11 Plan of U.S. Energy Systems, Inc. [Docket No. 893]

    Response Deadline: September 24, 2010 at 5:00 p.m.

    Responses Received: None.

    Related Documents:

    (a) Order Approving (I) the Form and Manner of Notice of Disclosure Statement Hearing, (II) the Disclosure Statement, (III) the Voting Record Date, the Voting Deadline, Procedures for Temporary Allowance of

---

[1] The other Debtors are the following: U.S. Energy Overseas Investments, LLC, U.S. Energy Biogas Corp., Biogas Financial Corp., Power Generation (Suffolk), Inc., Resources Generating Systems, Inc., Suffolk Biogas, Inc., USEB Assignee, LLC, ZFC Energy, Inc., ZMG Inc., and Oceanside Energy, Inc.

Claims for Voting Purposes Only and Certain Other Procedures, (IV) the Form and Manner of Notice of the Confirmation Hearing and Procedures for Filing Objections to the Plan, and (V) Solicitation Procedures for Confirmation of the Plan [Docket No. 891]

(b) Solicitation Version of the Disclosure Statement with Respect to the First Amended Chapter 11 Plan of U.S. Energy Systems, Inc. [Docket No. 893]

(c) Notice of Filing of Blackline of Disclosure Statement with Respect to the First Amended Chapter 11 Plan of U.S. Energy Systems, Inc. [Docket No. 894]

(d) Notice of Filing of Corrected Exhibits to the Solicitation Version of the Disclosure Statement With Respect to The First Amended Chapter 11 Plan of U.S. Energy Systems, Inc. [Docket No. 895]

(e) Affidavit of Service of Solicitation Materials [Docket No. 917]

(f) Notice of Publication of Notice of Confirmation Hearing [Docket No. 919]

(g) Declaration of Cassandra Murray of Epiq Bankruptcy Solutions, LLC With Respect to the Methodology for the Tabulation of and Results of Solicitation on the First Amended Chapter 11 Plan of U.S. Energy Systems, Inc. [Docket No. 932]

(h) Declaration of Robert A. Rich Certifying the Results of Voting on the First Amended Plan of Reorganization of U.S. Energy Systems, Inc., Dated July 2, 2010 [Docket No. 933]

(i) Declaration of Richard J. Augustine in Support of Confirmation of the First Amended Chapter 11 Plan of U.S. Energy Systems, Inc. [Docket No. 934]

(j) Notice of Filing of Proposed Form of Findings of Fact, Conclusions of Law and Order Confirming the First Amended Chapter 11 Plan of U.S. Energy Systems, Inc. [Docket No. 935]

(k) Memorandum of Law in Support of Confirmation of the First Amended Chapter 11 Plan of U.S. Energy Systems, Inc. [Docket No. 936]

**STATUS:** The hearing on confirmation of the Plan will go forward.

Dated: New York, New York
September 30, 2010

HUNTON & WILLIAMS LLP

*/s/ Scott H. Bernstein*
Peter S. Partee, Sr.
Scott H. Bernstein
Robert A. Rich
200 Park Avenue, 53rd Floor
New York, New York 10166-0136
(212) 309-1000

*Attorneys for Debtors and Debtors-in-Possession*